COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 

 




 
 
  
 BEXAR COUNTY AND
 SHERIFF RALPH LOPEZ, AND EL PASO COUNTY AND SHERIFF LEO SAMANIEGO,
  
                             Appellants,
  
 v.
  
 RAFAEL RODRIGUEZ MAGALLANES,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-02-00261-CV
  
 Appeal from the
  
 210th Judicial District Court
  
 of El Paso County, Texas
  
 (TC# 99-2863)
 
 




 

 

O P I N I O N

 

Pending before the Court is the joint
motion to dismiss this appeal pursuant to Tex.
R. App. P. 42.1(a)(1), which states:

(a) The appellate court may dispose of an appeal as
follows:

 

(1)       in accordance with an agreement
signed by all parties or their attorneys and filed with the clerk; 

.              
.               .

 








The parties have complied with the
requirements of Rule 42.1(a)(1).  The Court has considered this cause on the
joint motion and concludes the motion should be granted and the appeal should
be dismissed against Appellant El Paso County and Appellant Sheriff Leo Samaniego only.  We
therefore dismiss the appeal as to those parties. 

October 17, 2002

 

____________________________________

RICHARD BARAJAS, Chief Justice

 

 

Before
Panel No. 4

Barajas,
C.J., Larsen, and McClure, JJ.

 

(Do
Not Publish)